UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:06 CR 066 JCH |
| ELIZABETH MESSEX, | ) ) ) |
| Defendant. | ) |

## MOTION TO DISMISS

COMES NOW, the United States of America, by and through Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Sirena M. Wissler, Assistant United States Attorney for said District, and moves to dismiss the Indictment in the above-captioned matter for the reason that the defendant Elizabeth Messex has been accepted into the Pre-Trial Diversion program administered by the Pre-Trial Services Office. A copy of the Pre-Trial Diversion agreement is attached hereto as Exhibit 1.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

SIRENA M. WISSLER #505777
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-7670

SO ORDERED:

_/s/ Jean C. Hamilton_
Jean C. Hamilton
United States District Judge

6/27/06

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Steve Welby
Attorney for Elizabeth Messex

/s/ Sirena M. Wissler
SIRENA M. WISSLER
Assistant United States Attorney